# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155276(97)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DIALLO CORLEY,
      Defendant-Appellant.

_____/

SC: 155276
COA: 328532
Wayne CC: 14-007466-FC

      On order of the Chief Justice, the motion of defendant-appellant to adjourn the case from the November 2018 oral argument session of the Court is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2018



Clerk